```
                    FILED
           CLERK, U.S. DISTRICT COURT
                  MAR - 4 2010
           CENTRAL DISTRICT OF CALIFORNIA
           BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>Jushon Riley<br><br>        Defendant. | CR NO.: 89-226-TJH-1<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central District of California</u> for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.    (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is

Deten[2].ord

1   based on _Absence of background information,_
2   _current violations, recent removal. No bail resources_
3   ___
4   ___

5   and/or
6   B.   (✓)   The defendant has not met his/her burden of establishing by
7   clear and convincing evidence that he/she is not likely to pose
8   a danger to the safety of any other person or the community if
9   released under 18 U.S.C. § 3142(b) or (c). This finding is based
10  on _current allegations;_
11  ___
12  ___
13  ___

14      IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

16
17  DATED:   _3/4/10_

18
19                              _Carla M. Woehrle_
20                              United States Magistrate Judge

Deten[2].ord                           2